IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL FRAMPTON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 19-4317 |
| INTERSTATE MANAGEMENT COMPANY, LLC, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 22nd day of March, 2021, upon consideration of the Motion of Defendant/Third-Party Plaintiff Interstate Management Company, LLC for Partial Summary Judgment (Doc. No. 31), and the briefing in support thereof and in opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED.**

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE